THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, *v.* SMITH, FRIZZELLE & Co., INC., Defendant.

JAMES J. GERAGHTY, as Receiver, Appellant; FRIEDA ROTHENBERG et al., Respondents.

Submitted October 1, 1945; decided November 29, 1945.

*Hyman Frank* for motion.
No one opposed.

Motion denied, with leave to renew upon the argument.